Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4742 N 24th St. Ste. 300
Phoenix, AZ 85016
Phone: 602-598-5075
Fax: 866-241-4176
Email: tom@phoenixfreshstartbankruptcy.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Stephen Walker,<br><br>               Debtor | Chapter: 13<br>Case No. 2:19-bk-10069<br><br>NOTICE OF HEARING ON MOTION TO CONTINUE AUTOMATIC STAY AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING |

PLEASE TAKE NOTICE that on **September 10, 2019 at 2:00 PM,** at the **United States Bankruptcy Court, located at 230 N. First Avenue, Courtroom 702, 7th Floor, Phoenix, Arizona 85003, a hearing will be had on Debtor's Motion to Continue Automatic Stay After Prior Dismissal Within Year of Filing.**

The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case. Copies of these pleadings, if not served upon you, may be obtained by contacting the undersigned counsel or viewed at the United States Bankruptcy Court at 230 N. First Avenue, Phoenix Arizona.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

    Dated: August 30, 2019

                                                       Respectfully submitted:

                                                       /s/ Tom McAvity_____
                                                       Tom McAvity, 034403
                                                       Phoenix Fresh Start Bankruptcy

4742 N 24th St. Ste. 300
Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

Original of the foregoing filed ECF and Copies mailed/emailed on this the 30th day of August 2019 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward Maney
Chapter 13 Trustee
101 N. First Ave #1775
Phoenix, AZ 85003
service@maney13trustee.com

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity