SO ORDERED.

Dated: September 10, 2024



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>STEPHEN E. WALKER,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-19-bk-10069 MCW<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM** |

The Court, having reviewed the Trustee's Objection to Proof of Claim filed by Bureau Of Medical Economics and there being no response or timely response filed by the Claimant, it is

ORDERED sustaining the Trustee's Objection. Proof of claim number 9 is disallowed.

ORDER SIGNED AND DATED ABOVE